# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-16-00509-CV

**Michael Trejo, Appellant**

**v.**

**Eugenia Morales, Appellee**

## FROM THE DISTRICT COURT OF TRAVIS COUNTY, 353RD JUDICIAL DISTRICT
## NO. D-1-FM-16-003566, HONORABLE SUZANNE COVINGTON, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

**PER CURIAM**

Appellant Michael Trejo has filed an unopposed motion to abate this appeal, explaining that the parties are currently involved in litigation in a suit affecting the parent-child relationship (SAPCR), the outcome of which might render this appeal moot. Appellant asks that this appeal be abated until after a final order is issued in the SAPCR proceeding. We grant appellant's motion and abate this appeal until December 16, 2016. We direct the parties to file either a status report or a motion to dismiss the appeal by that date. All appellate deadlines will be tolled during the period of abatement.

Before Justices Puryear, Pemberton, and Field

Abated

Filed: October 20, 2016